UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-85 |
| | ) | |
| WILLIAM JAMES LYON, IV | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 17, 2010. [Doc. 40]. In that Report and Recommendation, the Magistrate Judge recommends that the defendant' motion to suppress statements be denied. The defendant has filed an objection to this recommendation. [Doc. 47]. After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 40], and that

the motion to suppress evidence is **DENIED**. [Doc. 25].

E N T E R:

                                                     s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE